UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| GROVER MCGHEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:12-CV-99-PPS-CAN |
| | ) | |
| WATEFORD CROSSING, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On February 21, 2012, Plaintiff, proceeding *pro se*, filed his complaint. After Defendant filed its answer to Plaintiff's complaint, this Court issued an order on March 23, 2012, for both parties to file separate status reports by April 22, 2012, to assist the Court in establishing case management deadlines as required by Fed. R. Civ. P. 16(b). On April 20, 2012, Defendant filed its status report as ordered. After receiving no response from the *pro se* Plaintiff, this Court issued an order directing Plaintiff to submit the required status report by July 13, 2012, and to show cause why he failed to comply with this Court's order and why his case should not be dismissed for failure to prosecute his claim. As of this date, Plaintiff has still not responded to this Court's initial order or the order to show cause, despite this Court's warning pursuant to *Timms v. Frank*, 953 F.2d 281, 285-86 (7th Cir. 1992) and *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982), that failure to do so may result in a dismissal of their case.

Under Fed. R. Civ. P. 41(b), a plaintiff's case may be dismissed for his failure to prosecute his claim or to comply with court orders. Plaintiff has failed to comply with two court orders, and has provided no written documentation explaining his inaction. This Court can only

assume that Plaintiff has abandoned his case. Consequently, for the aforementioned reasons, this Court **RECOMMENDS** that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE**.

**NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings or recommendations. Fed. R. Civ. P. 72(b)(2). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

SO ORDERED.

Dated this 26th day of September, 2012.

                                                   S/Christopher A. Nuechterlein
                                                   Christopher A. Nuechterlein
                                                   United States Magistrate Judge